## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Cohane v. National Collegiate Athletic Association, et al.  Docket No.: 14-1411

Lead Counsel of Record (name/firm) or Pro se Party (name): Lawrence J. Vilardo, Esq. (Connors & Vilardo, LLP)

Appearance for (party/designation): Tom Hosty (appellee), Stephanie Hanna (appellee), Jack Friedenthal (appellee), and National Collegiate Athletic Association (appellee)

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

### RELATED CASES

[ ] This case has not been before this Court previously.
[✓] This case has been before this Court previously. The short title, docket number, and citation are: Cohane v. NCAA, No. 05-5860-cv, 215 F. App'x 13 (2d Cir. 2007)
[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/ Lawrence J. Vilardo
Type or Print Name: Lawrence J. Vilardo, Esq.
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.