NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cohane v. National Collegiate Athletic Association, et al.    Docket No.: 14-1411

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: William C. Odle, Esq.

Firm: Shook, Hardy & Bacon, L.L.P.

Address: 2555 Grand Blvd., Kansas City, Missouri, 64108

Telephone: 816-559-0316     Fax: 816-421-5547

E-mail: wodle@shb.com

Appearance for: Tom Hosty, Stephanie Hanna, Jack Friedenthal, and National Collegiate Athletic Association
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Lawrence J. Vilardo, Esq. (Connors & Vilardo, LLP) )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on June 2, 2014.

Signature of Counsel: s/ William C. Odle

Type or Print Name: William C. Odle